BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2949 |

### PLAINTIFF BURKHART'S RESPONSE TO MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. §1407

Plaintiff, Kimberly Burkhart, does not oppose the movant's Petition for Coordination but does oppose having her case included in any MDL that may result from that Petition. Ms. Burkhart filed her case on November 27, 2017, in the Central District of California. Thereafter, the parties engaged in discovery for the purpose of being ready for a trial in July 2020. At the beginning of this year, the parties agreed to vacate the trial date for the purpose of exploring settlement. Prior to doing so, the only discovery needed to be completed in the case was the deposition of plaintiff, her family members, and her treating surgeon. However, it has recently become clear that no settlement is forthcoming, and plaintiff has asked the court to again set the case for trial on the earliest date possible.

Plaintiff opposes having her case transferred into any MDL because 1) her case is so advanced, and 2) most of the liability discovery in her case has already been completed. As such, there a few efficiencies to be gained by including her case in an MDL. Also, if Ms. Burkhart's case is transferred into an MDL, this will likely cause significant delays in the ultimate resolution

1

of a case that has already been pending for more 2 ½ years.  As such, Ms. Burkhart respectfully requests that her case be excluded from any MDL established by the Panel.

Dated: June 18, 2020.                    Respectfully submitted,

*/s/ Stuart C. Talley*
   STUART C. TALLEY
   CA State Bar. 180374
   KERSHAW, COOK & TALLEY PC
   401 Watt Avenue
   Sacramento, California 95864
   Ph: 916-779-7000
   Fx: 916-244-4829
   Stuart@kctlegal.com

   *Attorneys for Plaintiff Kimberly Burkhart*